IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS; HEALTH & WELFARE FUND; APPRENTICESHIP & TRAINING FUND; VACATION & HOLIDAY FUND; MARKET RECOVERY PROGRAM; FINANCIAL SECURITY FUND; NEW RETIREE MEDICAL PLAN; 401-K FUND, by its Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>WSC CORPORATION dba SOLID SURFACE TECHNOLOGIES; JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100; DOE PARTNERSHIPS 1-100; DOE ENTITIES 1-100; DOE GOVERNMENTAL UNITS 1-100,<br><br>Defendants. | CV 26-00227 LEK-RT |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on September 28, 2026 and served on all parties on October 5, 2026, *see* Certificate of Service, ECF No. 16, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Grant Plaintiffs' Motion for Entry of Default Judgment Against WSC Corporation dba Solid Surface Technologies", ECF No. 15, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, October 15, 2026.

/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge